Anthony Vanilla, Appellant, *v.* Frederick A. Moran et al., as Members of the Board of Parole of the State of New York, et al., Respondents.

Submitted September 29, 1947; decided October 2, 1947.

*Abraham J. Gellinoff* and *E. Stewart Jones* for motion.

*Nathaniel L. Goldstein, Attorney-General* (*Wendell P. Brown* and *Irving I. Waxman* of counsel), opposed.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements without prejudice to a renewal thereof if and when a judgment has been entered upon the order of the Appellate Division and all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed with the Clerk.